UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| OSCAR RUBEN APAC | § § | CIVIL ACTION NO. **3:24-cv-00123-KC** |
| Plaintiff | § § | |
| VS. | § § | |
| CRISAFULLI GROUP LLC | § § | |
| Defendant | § § | |

# PLAINTIFF'S INITIAL DISCLOSURES

**PLAINTIFF**, by and through his attorney, brings these disclosures pursuant to the Federal Rule of Civil Procedure 26(a)(1).

Plaintiff respectfully submits the following initial disclosures:

1.  **Witnesses.** The name, address, and telephone number of each individual likely to have discoverable information that may support the claims, and the information they possess:

| Name of Individual Likely to have Discoverable Information | Contact Information (Address and Telephone Number) | Subject Matter of Discoverable Information |
|---|---|---|
| OSCAR RUBEN APAC | c/o | Plaintiff – can describe what barriers to entry he encountered when he visited Defendant's property |
| Corporate Representative | c/o Defense Counsel | Can detail who owns, manages, controls, and operates the property |
| Property Owner | c/o Defense Counsel | Can describe how much property is worth, his current net worth, can provide tax returns and |

1

|  |  | financial statements to show remediations are readily achievable |
|---|---|---|
| Property Inspector/ Engineer | c/o Defense Counsel | Can detail the last time the property was checked for occupancy limit, fire extinguishers, asbestos, compliance with city and state rules and regulations |

2.  **Documents and things.** Copies, or descriptions by category and location, of all documents or things Plaintiff has in his possession or control that may be used to support Plaintiff's claims:

| Category of Document, Electronically Stored Information, or Tangible Thing | Location |
|---|---|
| Federal Disability Rating | Plaintiff's possession |

3.  **Damages, Costs, and Fees Computation.**

    Plaintiff will provide a computation based on the projected remediation costs, engineer's inspection, and other statutory costs the Plaintiff may be awarded.

4.  **Liability Insurance.** Not applicable as to Plaintiff.

    DATED: June 4, 2024    Respectfully submitted,

        By:    */s/ R. Bruce Tharpe*
              R. Bruce Tharpe

            **LAW OFFICE OF**
            **R. BRUCE THARPE, PLLC**
            PO Box 101
            Olmito, Texas 78575
            (956) 255-5111 (T)

            ATTORNEY OF RECORD FOR
            PLAINTIFF OSCAR RUBEN APAC

CERTIFICATE OF SERVICE

      I, R. BRUCE THARPE, do hereby certify that on June 4, 2024, I emailed and/or sent by regular mail a copy of these Initial Disclosures to the Defendant's attorney at the following address:

Mr. Michael Hirsh
LOPEZ MOLINAR & HIRSH, PLLC
310 N. Mesa Street, Suite 900
El Paso, Texas 79901

      I also certify that this Motion was served on all parties of record via the SDTX_USDC electronic case filing system.

                                */s/ R. Bruce Tharpe*

                                R. BRUCE THARPE,
                                ATTORNEY OF RECORD FOR
                                PLAINTIFF OSCAR RUBEN APAC